UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ABU BAKARR JANNEH,

Petitioner,

v.                                                    CAUSE NO. 3:26-CV-241-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

Immigration detainee Abu Bakarr Janneh, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 1. On May 20, 2026, the Warden answered the petition, representing that Janneh was scheduled to be removed on May 28, 2026. ECF 11. Janneh did not file a reply to the petition, suggesting he might no longer be in immigration custody. Consequently, the court will order a supplemental status report as to Janneh's current location and removal status.

For these reasons, the court ORDERS the respondent to file a supplemental status report by **June 22, 2026**.

SO ORDERED on June 15, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge