UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ABU BAKARR JANNEH,

Petitioner,

v.                                                    CAUSE NO. 3:26-CV-241-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

The Warden, by counsel, filed a status report representing that immigration detainee Abu Bakarr Janneh was removed from the United States on May 29, 2026. ECF 13. In the habeas petition, Janneh challenged his immigration detention under 28 U.S.C. § 2241 and sought his immediate release. ECF 1.

"For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated." *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006)). "This means that, throughout the litigation, the plaintiff must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Janneh's removal moots this case. The court can no longer grant the relief sought in the petition because he has already been released from immigration detention.

For these reasons, the court **DISMISSES** the habeas petition (ECF 1) as **MOOT**

and **DIRECTS** the clerk to close this case.

SO ORDERED on June 23, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT